IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Auto-Dimensions LLC, a Texas limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 6:12cv1023 LED-JDL  JURY TRIAL DEMANDED |
| Siemens Product Lifecycle Management Software, Inc., a Delaware corporation, | ) ) ) | |
| Defendant. | ) | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Auto-Dimensions LLC and Defendant Siemens Product Lifecycle Management Software, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them <u>with prejudice</u>, with each party to bear its own attorneys' fees, expenses, and costs.

Respectfully submitted this 20th day of November, 2013.

| | |
|---|---|
| By: /s/John R. Posthumus<br>John R. Posthumus<br>Robert R. Brunelli<br>SHERIDAN ROSS P.C.<br>1560 Broadway, Suite 1200<br>Denver, Colorado 80202-5141<br>Telephone:   303.863.9700<br>Facsimile:    303.863.0223<br>E-mail:        jposthumus@sheridanross.com;<br>rbrunelli@sheridanross.com<br>litigation@sheridanross.com | By:   /s/Melissa R. Smith w/permission<br>Melissa R. Smith<br>State Bar No. 24001351<br>GILLAM & SMITH, L.L.P.<br>303 S. Washington Ave.<br>Marshall, Texas 75670<br>Telephone: 903.934.8450<br>Facsimile: 903.934.9257<br>E-mail:  melissa@gillamsmithlaw.com<br><br>*Attorneys for Defendant* |

John D. Fraser
Ferguson Law Group
2500 Dallas Parkway, Suite 260
Plano, Texas  75093
Telephone:  972.378.9111
Facsimile:   972.378.9115
E-mail:        jfraser@DallasBusinessLaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was electronically filed on November 20, 2013, in compliance with Local Rule CV-5(a).  As such, the foregoing was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

By:   /s/ John R. Posthumus
      John R. Posthumus